# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| **Lisa Kwesell et al.** <br> *Plaintiff* <br> v. <br> **Yale University** <br> *Defendant* | Case No. **19-cv-1098-KAD** |

## Identification of Initial Discovery Protocol for Employment Cases

To:   The Clerk of Court and all parties of record

The Initial Discovery Protocol does not apply to this case.

Date:   **Jul. 24, 2019**

*Attorney's signature*

**Joshua R. Goodbaum / ct28834**
*Printed name and bar number*

**Garrison, Levin-Epstein, Fitzgerald & Pirrotti, PC**
**405 Orange St., New Haven, CT 06511**
*Address*

**jgoodbaum@garrisonlaw.com**
*E-mail address*

**203.777.4425**
*Telephone number*

**203.776.3965**
*FAX number*

Rev. 1/28/13