# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL, CHRISTINE TURECEK and JASON SCHWARTZ, individually and on behalf of all others similarly situated, | : : : : : | CASE NO: 3:19-cv-01098-KAD |
| Plaintiffs, | : : | NOVEMBER 1, 2019 |
| vs. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : | |

### MOTION ON CONSENT TO RESCHEDULE THE RULE 16 CONFERENCE

Defendant, Yale University, moves on consent for rescheduling of the Rule 16 conference currently scheduled for November 20. Attorneys Freiman and Rinehart both have out-of-state arguments in other matters on November 20. Mr. Freiman has an argument in the New York Appellate Division, First Department, in *Highland Crusader Offshore Partners, L.P., v. Targeted Delivery Technologies Holdings, Ltd.*, Case Nos. 2019-305, 2019-306, 2019-312, 2019-313, N.Y. Supreme Civil Index No. 653486/2016; Ms. Rinehart has an argument before the Second Circuit in *Holcombe v. Ingredient Solutions Inc*, 19-1082. The parties have conferred, and Plaintiffs consent to the rescheduling of the conference. Subject of course to the Court's own availability, the Parties propose to reschedule the conference for December 2, 3, 5, or 6 (dates on which both sides are available) or on such other date as may be convenient for the

Court. Defendant respectfully submits that there is good cause for the Court to reschedule the Rule 16 conference.

                                                Respectfully submitted,

                                                */s/ Kim E. Rinehart*
Kim E. Rinehart (ct24427)
Jonathan M. Freiman (ct24248)
Richard Luedeman (ct30515)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
jfreiman@wiggin.com
krinehart@wiggin.com
rluedeman@wiggin.com

*Counsel for Defendant*