UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CASE NO.: 3:19-CV-01098 (KAD) |
| Plaintiffs, | : : | *CLASS ACTION* |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : : | JANUARY 21, 2020 |

**SUPPLEMENTAL RULE 26(f) REPORT OF PARTIES' PLANNING MEETING**

Pursuant to the Court's directive during the December 2, 2019 Rule 16(b) conference in this matter, Plaintiffs Lisa Kwesell, Christine Turecek, and Jason Schwartz (collectively "Plaintiffs") and Defendant Yale University ("Yale" or "Defendant" and together with Plaintiffs, the "Parties") jointly revise and supplement their case management plan and propose that the Court enter an order providing for the following schedule.

As discussed with the Court during the December 2 conference, the Parties propose an initial round of summary judgment briefing focused on key legal questions that will greatly determine the issues going forward.  Briefing would proceed on the following schedule:

1. Plaintiffs will file a motion for summary judgment by March 2, 2020.

2. Defendant will file a motion for summary judgment and an opposition to Plaintiffs' motion for summary judgment by April 1, 2020.

3. Plaintiffs will file a reply in support of their motion for summary judgment and an opposition to Defendant's motion for summary judgment by May 1, 2020.

4. Defendant will file a reply in support of its motion for summary judgment by May 22, 2020.

The Parties propose the following schedule for the proceedings thereafter:

1. Fact discovery, including depositions of fact witnesses, will conclude ten (10) months from the date the Court resolves the Parties' initial round of motions for summary judgment.

2. Expert discovery will conclude 120 days after the close of fact discovery.

3. A damages analysis will be submitted by Plaintiffs at least sixty (60) days prior to the close of fact discovery.

4. Any additional dispositive motions will be filed no later than forty-five (45) days after the close of discovery, oppositions will be filed within forty-five (45) days after motions are filed, and replies will be filed within twenty-one (21) days after oppositions are filed.

5. Motions for class certification will be filed no later than forty-five (45) days after the close of discovery, oppositions will be filed within forty-five (45) days after motions are filed, and replies will be filed within twenty-one (21) days after oppositions are filed.

6. A joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed within sixty (60) days after the entry of the ruling on the last dispositive motion.  If dispositive motions are not filed, the joint trial memoranda will be filed within sixty (60) days after the deadline to file dispositive motions.

7. The case will be trial-ready sixty (60) days after the filing of a joint trial memorandum.

The Parties cannot reach agreement as to the following scheduling issue, and respectfully request the Court's guidance:

1. Designation and Disclosure of Experts:

    a. Plaintiffs' Position:  Each party shall disclose and provide reports for any experts within 30 days of the close of fact discovery.  Depositions of any initially-disclosed experts shall be completed within 45 days after the disclosure deadline.  Each party may then disclose rebuttal experts in response to the expert witnesses disclosed by the opposing party.  Each party will designate all rebuttal experts and provide opposing counsel with reports from retained experts within 45 days after the initial disclosure deadline.  Depositions of any rebuttal experts shall be completed within 45 days after the rebuttal disclosure deadline.  Plaintiffs believe the simultaneous disclosure of experts prevents prejudice to any Party and puts the Parties in the same position with regard to expert discovery.  Further, Defendant's proposal does not permit Plaintiffs to utilize rebuttal experts or disclose experts in response to unanticipated experts disclosed by Defendant.

    b. Defendant's Position:  Plaintiffs shall disclose and provide reports of any experts within 15 days of the close of fact discovery.  Defendant shall depose Plaintiffs' experts within 30 days of their disclosure.  Defendant shall disclose and provide reports of any experts within 90 days of the close of fact discovery.  Plaintiffs shall depose Defendant's experts within 30 days of their disclosure.

This simple, efficient approach is commonplace, follows from Plaintiffs' burden of proof, and is consistent with the Federal Rules and this Court's Form 26(f). Fed. R. Civ. P. 26, 1993 Advisory Committee note to paragraph (a)(2) ("[I]n most cases the party with the burden of proof on an issue should disclose its expert testimony on that issue before other parties are required to make their disclosures with respect to that issue."); D. Conn. Local R. Civ. P., at 103 (providing for disclosure of experts and reports first as to "issues on which [parties] bear the burden of proof" and then as to "issues on which they do not bear the burden of proof").  Should unanticipated circumstances justify additional rebuttal reports, the Parties would of course have the option to request leave of the Court to file them.

Respectfully submitted,

*/s/ Joshua R. Goodbaum*
Joshua R. Goodbaum (ct28834)
Joseph D. Garrison (ct04132)
Elisabeth J. Lee (ct30652)
GARRISON, LEVIN-EPSTEIN, FITZGERALD &
PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
Tel: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com
jgarrison@garrisonlaw.com
elee@garrisonlaw.com

Dara S. Smith (*pro hac vice*)
Elizabeth Aniskevich (*pro hac viced*)
Daniel B. Kohrman (*pro hac vice*)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049

4

Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org
dkohrman@aarp.org

*Counsel for the Plaintiffs*

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
Richard Luedeman (ct30515)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
jfreiman@wiggin.com
krinehart@wiggin.com
rluedeman@wiggin.com

*Counsel for Defendant*