UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CIVIL ACTION NO.: 3:19-cv-01098 (KAD) |
| Plaintiffs, | : : | *Putative class action* |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : : | March 3, 2020 |

## JOINT STIPULATION

Defendant Yale University ("Yale") and Plaintiffs Lisa Kwesell, Christine Turecek, and Jason Schwartz hereby agree and stipulate as follows:

Yale has produced to Plaintiffs an outside consulting firm's documentation of the cost of Yale's providing health care insurance to its hourly employees, including members of Local 34 and Local 35. Those documents reflect that:

- during calendar year 2018, the total monthly premium cost for employee-only coverage was $794 for the Yale Health Plan option and $963 for the Aetna Select option;

- during calendar year 2019, the total monthly premium cost for employee-only coverage was $852 for the Yale Health Plan option and $1,064 for the Aetna Select option; and

- during calendar year 2020, the total monthly premium cost for employee-only coverage is projected to be $904 for the Yale Health Plan option and $1,142 for the

Aetna Select option.

Therefore, the parties stipulate that the $25 weekly opt-out payment for Yale's Health Expectations Program was less than 30% of the cost of self-only coverage from 2018-2020.

Respectfully submitted,

*/s/ Kim E. Rinehart*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
Richard Luedeman (ct30515)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
jfreiman@wiggin.com
krinehart@wiggin.com
rluedeman@wiggin.com

*Counsel for Defendant*

*/s/ Dara S. Smith*
Dara S. Smith (*pro hac vice*)
Elizabeth Aniskevich (*pro hac viced*)
Daniel B. Kohrman (*pro hac vice*)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org
dkohrman@aarp.org

Joshua R. Goodbaum (ct28834)
Joseph D. Garrison (ct04132)
Elisabeth J. Lee (ct30652)
GARRISON, LEVIN-EPSTEIN, FITZGERALD &
PIRROTTI, P.C.
405 Orange Street

New Haven, CT 06511
Tel: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com
jgarrison@garrisonlaw.com
elee@garrisonlaw.com

*Counsel for the Plaintiffs*