UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CIVIL ACTION NO.: 3:19-cv-01098 (KAD) |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : : | March 24, 2020 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Defendant Yale University respectfully moves that the Court extend by 21 days the remaining briefing deadlines for the parties' summary judgment motions, so that Defendant's motion and opposition to Plaintiffs' motion will be due April 22, 2020, Plaintiffs' reply in support of their motion and opposition to Defendant's motion will be due May 22, 2020, and Defendant's reply in support of its motion will be due June 12, 2020.  Good cause exists for this motion, in light of the unforeseen challenges caused by the recent pandemic, which necessitates additional time for Defendant to prepare its motion and opposition.  This is the first motion to extend these deadlines.  Defendant conferred with counsel for Plaintiffs, who consented to this requested extension.

Respectfully submitted,

*/s/ Kim E. Rinehart*
Kim E. Rinehart (ct24427)
Jonathan M. Freiman (ct24248)

2

                    Richard Luedeman (ct30515)
                    W<small>IGGIN AND</small> D<small>ANA</small> LLP
                    One Century Tower
                    P.O. Box 1832
                    New Haven, CT 06508-1832
                    Tel: (203) 498-4400
                    Fax: (203) 782-2889
                    jfreiman@wiggin.com
                    krinehart@wiggin.com
                    rluedeman@wiggin.com

            *Counsel for Defendant*