UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CIVIL ACTION NO.: 3:19-cv-01098 (KAD) |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : : | April 14, 2020 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), Plaintiffs and Defendant jointly move that the Court extend by 7 days the Defendant's deadline to respond to Plaintiffs' summary judgment motion, followed by a corresponding extension of 7 days for Plaintiffs' deadline to respond to Defendant's summary judgment motion, so that the briefing schedule will be as follows: Defendant's motion and opposition to Plaintiffs' motion will be due April 29, 2020, Plaintiffs' reply in support of their motion and opposition to Defendant's motion will be due June 5, 2020, and Defendant's reply in support of its motion will be due June 26, 2020.  Good cause exists for this modest extension, as Defendant requires additional time to prepare its motion and opposition for personal reasons related to the pandemic.  These deadlines have been extended only once before.

                                                  Respectfully submitted,

                                                  */s/ Jonathan M. Freiman*
                                                  Jonathan M. Freiman (ct24248)
                                                  Kim E. Rinehart (ct24427)

        Richard Luedeman (ct30515)
        WIGGIN AND DANA LLP
        One Century Tower
        P.O. Box 1832
        New Haven, CT 06508-1832
        Tel: (203) 498-4400
        Fax: (203) 782-2889
        jfreiman@wiggin.com
        krinehart@wiggin.com
        rluedeman@wiggin.com

            *Counsel for Defendant*

        */s/ Dara S. Smith*
        Dara S. Smith (*pro hac vice*)
        Elizabeth Aniskevich (*pro hac viced*)
        Daniel B. Kohrman (*pro hac vice*)
        AARP FOUNDATION LITIGATION
        601 E Street, NW
        Washington, DC 20049
        Tel: (202) 434-6280
        Fax: (202) 434-6424
        dsmith@aarp.org
        eaniskevich@aarp.org
        dkohrman@aarp.org

        Joshua R. Goodbaum (ct28834)
        Joseph D. Garrison (ct04132)
        Elisabeth J. Lee (ct30652)
        GARRISON, LEVIN-EPSTEIN, FITZGERALD &
        PIRROTTI, P.C.
        405 Orange Street
        New Haven, CT 06511
        Tel: (203) 777-4425
        Fax: (203) 776-3965
        jgoodbaum@garrisonlaw.com
        jgarrison@garrisonlaw.com
        elee@garrisonlaw.com

            *Counsel for Plaintiffs*