# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CIVIL ACTION NO.: 3:19-cv-01098 (KAD) |
| Plaintiffs, | : : | JUNE 23, 2020 |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : : | |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Defendant Yale University respectfully moves the Court for a one-week extension until July 3, 2020 to reply to Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss and for Summary Judgment (ECF #55), in further support of Defendant's Motion for Summary Judgment and/or to Dismiss in Part for Lack of Standing (ECF #54). Defendant's reply is currently due June 26, 2020. Good cause exists for this motion, in light of the unforeseen challenges caused by the pandemic, which necessitates additional time for Defendant to prepare its reply brief. This is the first motion to extend the deadline for this reply brief. Defendant conferred with counsel for Plaintiffs, who have consented to this requested extension.

Dated: June 23, 2020

Respectfully submitted,

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
Richard Luedeman (ct30515)

WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
jfreiman@wiggin.com
krinehart@wiggin.com
rluedeman@wiggin.com

*Counsel for Defendant*

490\275\4842-8889-5681.v1

2