UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CIVIL ACTION NO.: 3:19-cv-01098 (KAD) |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : : | July 9, 2020 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), Attorney Richard Luedeman, counsel for Defendant Yale University, respectfully moves to withdraw his appearance in the above-captioned action. Attorneys Jonathan Freiman and Kim Rinehart remain counsel of record for Defendant, which has received actual notice of this motion.

Respectfully submitted,

*/s/ Richard Luedeman*
Richard Luedeman (ct30515)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
rluedeman@wiggin.com