# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA KWESELL, CHRISTINE TURECEK and JASON SCHWARTZ,** Individually and on behalf of all others similarly situated, | : : : : : | **CASE NO: 3:19-cv-01098-KAD** |
| Plaintiffs, | : : | |
| vs. | : : | |
| **YALE UNIVERSITY,** | : : | **FEBRUARY 23, 2021** |
| Defendant. | : | |

### PARTIES' JOINT MOTION TO POSTPONE ORAL ARGUMENT ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT

The Parties respectfully move to postpone oral argument on their pending motions for summary judgment, which is currently scheduled for March 1, 2021.  (Dkt. Nos. 61 & 62.)  The parties previously filed cross-motions for summary judgment.  (Dkt. Nos. 44 & 54.)  Since then, the parties have initiated serious settlement discussions, and they have become hopeful about the possibility of resolving this dispute.  The parties therefore propose that the Court cancel the March 1, 2021 oral argument and that the Court further require the parties to submit a joint status report by April 1, 2021 concerning their settlement discussions, including whether they request a new argument date for oral argument.

RESPECTFULLY SUBMITTED,

THE DEFENDANT

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jfreiman@wiggin.com
krinehart@wiggin.com

*Attorneys for Defendant*

THE PLAINTIFFS

*/s/ Joshua R. Goodbaum*
Joshua R.  Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN, FITZGERALD
&  PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.:  (203) 777-4425
Fax:  (203) 776-3965
jgoodbaum@garrisonlaw.com

-and-

Dara S. Smith (*admitted pro hac vice*)
Elizabeth Aniskevich (*admitted pro hac vice*)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

*Attorneys for the Plaintiffs*