# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA KWESELL, CHRISTINE TURECEK and JASON SCHWARTZ,** Individually and on behalf of all others similarly situated, | : : : : : | **CASE NO: 3:19-cv-01098-KAD** |
| Plaintiffs, | : : | |
| vs. | : : | |
| YALE UNIVERSITY, | : : | **APRIL 1, 2021** |
| Defendant. | : : | |

## PARTIES' JOINT STATUS REPORT

      Pursuant to the Court's Order (ECF #64), the Parties write to report that they are continuing to pursue resolution of this matter.  Defendant has been working diligently to obtain the data needed to facilitate resolution but this process has taken longer than anticipated. Accordingly, the Parties respectfully request that they be permitted to file a further joint status report in 45 days to report on progress or to request scheduling of argument.

RESPECTFULLY SUBMITTED,

THE DEFENDANT

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jfreiman@wiggin.com
krinehart@wiggin.com

*Attorneys for Defendant*

THE PLAINTIFFS

*/s/ Joshua R. Goodbaum*
Joshua R. Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN, FITZGERALD
    & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com

    -and-

Dara S. Smith (*admitted pro hac vice*)
Elizabeth Aniskevich (*admitted pro hac vice*)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

*Attorneys for the Plaintiffs*