UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL, CHRISTINE TURECEK and JASON SCHWARTZ, Individually and on behalf of all others similarly situated, | : : : : : | CASE NO: 3:19-cv-01098-KAD |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, | : : | September 7, 2021 |
| Defendant. | : | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (Dkt. No. 70), the Parties write to report that they participated in a private mediation on August 11, 2021.  The mediation was productive, and the Parties are continuing their discussions.  The Parties respectfully request that they be permitted to file a further joint status report on or before September 22, 2021, to report on the status of their negotiations or to request scheduling of argument on the pending motions.

**RESPECTFULLY SUBMITTED,**

**THE DEFENDANT**

*/s/ Kim E. Rinehart*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jfreiman@wiggin.com
krinehart@wiggin.com

*Attorneys for Defendant*


**THE PLAINTIFFS**

*/s/ Joshua R. Goodbaum*
Joshua R.  Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN, FITZGERALD
        & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.:  (203) 777-4425
Fax:  (203) 776-3965
jgoodbaum@garrisonlaw.com

        -and-

Dara S. Smith (*admitted pro hac vice*)
Elizabeth Aniskevich (*admitted pro hac vice*)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that, on the above-stated date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Joshua R. Goodbaum*
                                              Joshua R. Goodbaum (ct28834)