## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CASE NO: 3:19-cv-01098 (KAD) |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : | November 22, 2021 |

### JOINT STATUS REPORT

On September 23, 2021, the Court issued an Order directing the parties to either file a Motion for Preliminary Approval of their settlement agreement or notify the Court that additional time is necessary to complete the agreement and motion. The parties have been diligently working to finalize the agreement but require additional time to do so. They respectfully request sixty (60) additional days to finalize the agreement and for the Plaintiffs to submit a Motion for Preliminary Approval.

RESPECTFULLY SUBMITTED,

THE DEFENDANT

*/s/ Kim E. Rinehart*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jfreiman@wiggin.com
krinehart@wiggin.com

*Attorneys for Defendant*

**THE PLAINTIFFS**

/s/ Dara S. Smith
Dara S. Smith *(admitted pro hac vice)*
Elizabeth Aniskevich *(admitted pro hac vice)*
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

-and-

Joshua R. Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN,
FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the above-stated date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Dara S. Smith
Dara S. Smith (admitted *pro hac vice*)

490\275\4834-6649-6764.v1