UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated, | : : : : : | CIVIL ACTION NO.: 3:19-cv-01098 (KAD) |
| Plaintiffs, | : : | *CLASS ACTION* |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : | December 29, 2021 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Fed. R. Civ. P. and District Court of Connecticut Local Rule 7(e), Attorney Elisabeth J. Lee respectfully requests an order permitting her to be relieved as counsel for Plaintiff in the above-captioned case. In support of this request, Attorney Lee submits the following:

1. On July 16, 2019, Attorney Joshua R. Goodbaum of Garrison, Levin-Epstein, Fitzgerald & Pirrotti PC, filed a Complaint and entered an appearance in this case on behalf of Plaintiff.

2. On July 16, 2019, Attorney Lee entered an appearance in this case on behalf of Plaintiff.

3. As of January 1, 2022, Attorney Lee will no longer be associated with Garrison, Levin-Epstein, Fitzgerald & Pirrotti PC.

4. Attorney Goodbaum will continue to actively participate in this case and represent Plaintiff.

5. The undersigned's representation of Plaintiff was in the course of her employment with said firm and Plaintiff's retainer agreement is with Garrison, Levin-Epstein, Fitzgerald & Pirrotti PC. Because the firm continues to represent her, Plaintiff will not be prejudiced by the undersigned's withdrawal.

WHEREFORE the undersigned respectfully requests that this Court grant the instant Motion and permit Attorney Lee to be relieved as counsel for Plaintiff.

**THE PLAINTIFF,**

By: /s/ *Elisabeth J. Lee*
Joshua R. Goodbaum (ct28834)
Joseph D. Garrison (ct04132)
Elisabeth J. Lee (ct30652)
GARRISON, LEVIN-EPSTEIN, FITZGERALD
& PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com
jgarrison@garrisonlaw.com
elee@garrisonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  29th  day of December 2021, a copy of the foregoing **Motion to Withdraw** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Elisabeth J. Lee*
Elisabeth J. Lee