**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ,** individually and on behalf all others similarly situated, | : : : : | **CASE NO: 3:19-cv-01098 (KAD)** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **YALE UNIVERSITY,** | : | |
| | : | |
| **Defendant.** | : | **January 19, 2022** |

**JOINT STATUS REPORT**

The Parties write to provide a further status update to the Court.  The Parties have exchanged full drafts of the Settlement Agreement, which is nearly final.  They are currently working to finalize the exhibits to the Settlement Agreement as well as to prepare the class member data needed to provide notice.  While the Parties have been diligently working to finalize the agreement, they require additional time to do so.  This is due primarily to a death in the family of counsel for Yale and due to commitments in other cases. The Parties anticipate that they will be able to finalize the Agreement and accompanying exhibits within thirty days and that Plaintiffs will submit a Motion for Preliminary Approval once finalized.  The Parties therefore request a further extension of the stay in this case for a period of thirty days to permit them to finalize the Settlement Agreement and Exhibits and for Plaintiffs to prepare their Motion for Preliminary Approval.

[Signature blocks on following page]

**RESPECTFULLY SUBMITTED,**

**THE DEFENDANT**

*/s/ Kim E. Rinehart*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jfreiman@wiggin.com
krinehart@wiggin.com

*Attorneys for Defendant*

**THE PLAINTIFFS**

/s/ Dara S. Smith
Dara S. Smith *(admitted pro hac vice)*
Elizabeth Aniskevich *(admitted pro hac vice)*
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

　　　　-and-

Joshua R. Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN,
FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on the above-stated date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Kim E. Rinehart*
Kim E. Rinehart

490\275\4884-4710-9642.v2