## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ,** individually and on behalf all others similarly situated, | : : : : : | **CASE NO: 3:19-cv-01098 (KAD)** |
| **Plaintiffs,** | : : | |
| **v.** | : : | |
| **YALE UNIVERSITY,** | : : | |
| **Defendant.** | : | **April 20, 2022** |

### PARTIES' JOINT STATUS UPDATE

Pursuant to the Court's order (ECF#87), the Parties write to report that they have made significant progress addressing the data issue that necessitated the Parties' joint request for the continuance of the preliminary approval hearing.  However, research is still being conducted on a small number of individuals to determine if they fall within the proposed settlement class, so that appropriate notice can be provided to all class members if preliminary approval is granted.  The Parties anticipate that this review will be complete within two weeks, and will file a further status report by that time either indicating that the matter is ready for the preliminary approval hearing to be scheduled or indicating that further time will be needed.

RESPECTFULLY SUBMITTED,

THE DEFENDANT

*/s/ Kim E. Rinehart*
Kim E. Rinehart (ct24427)
Jonathan M. Freiman (ct24248)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
krinehart@wiggin.com
jfreiman@wiggin.com

*Attorneys for Defendant*

**THE PLAINTIFFS**

/s/ Joshua R. Goodbaum
Joshua R. Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN,
      FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com

-and-

Dara S. Smith *(admitted pro hac vice)*
Elizabeth Aniskevich *(admitted pro hac vice)*
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on the above-stated date, a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing. Notice of this

filing will be sent by email to all parties by operation of the Court's electronic filing system and

by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic

Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Kim E. Rinehart*
Kim E. Rinehart (ct24427)


490\275\4891-7046-5052.v1