UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ,** individually and on behalf all others similarly situated, | : : : : : | **CASE NO: 3:19-cv-01098 (KAD)** |
| Plaintiffs, | : : | |
| v. | : : | |
| **YALE UNIVERSITY,** | : : | |
| Defendant. | : | May 4, 2022 |

## JOINT STATUS REPORT

The Parties respectfully provide a status report as directed by the Court's order dated April 20, 2022 (ECF #89). While the Parties are continuing to research a small number of individuals to confirm whether they would fall within in the proposed class, and if so, to determine what settlement payments they would be entitled to if the settlement is approved, this research is close to completion. Accordingly, the Parties believe that it would be appropriate to schedule the preliminary approval hearing. Counsel for the parties are available any date the week of June 6-10 or June 13 or 14, 2022, if any of those dates is available for the hearing. The Parties also anticipate filing with the Court a slightly revised proposed notice to class members no later than seven days before the hearing date. The only substantive change to the proposed notice would to be to provide further guidance on the likely tax treatment of settlement payments.

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS

/s/ Dara S. Smith
Dara S. Smith *(admitted pro hac vice)*

Elizabeth Aniskevich *(admitted pro hac vice)*
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

-and-

Joshua R. Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com

*Attorneys for the Plaintiffs*

**THE DEFENDANT**

*/s/ Kim E. Rinehart*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
jfreiman@wiggin.com
krinehart@wiggin.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the above-stated date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Dara S. Smith*
Dara S. Smith