UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ**, individually and on behalf all others similarly situated, | : : : : : | **CIVIL ACTION NO.:** 3:19-cv-01098 (KAD) |
| **Plaintiffs,** | : : | |
| v. | : : | *CLASS ACTION* |
| **YALE UNIVERSITY,** | : : : | |
| **Defendant.** | : | |

## SUPPLEMENTAL FILING IN FURTHER SUPPORT OF PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

As indicated in the Parties' Joint Status Report, filed on May 4, 2022 (Dkt. 90), Plaintiffs are filing herewith a slightly revised proposed notice for dissemination to class members, pending court approval. The only substantive change to the revised notice is found in Section 6 "Tax treatment of awards." The other changes to the notice were minor formatting changes.

Respectfully submitted,

/s/ Dara S. Smith
Dara S. Smith *(admitted pro hac vice)*
Elizabeth Aniskevich *(admitted pro hac vice)*
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
dsmith@aarp.org
eaniskevich@aarp.org

-and-

Joshua R. Goodbaum (ct28834)

GARRISON, LEVIN-EPSTEIN,
FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, Connecticut, 06511
Tel.: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com

*Attorneys for the Plaintiffs*