**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ,** individually and on behalf all others similarly situated, | : : : : : | **CASE NO: 3:19-cv-01098 (KAD)** |
| Plaintiffs, | : : | |
| v. | : : | |
| YALE UNIVERSITY, | : : | |
| Defendant. | : | July 11, 2022 |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Fed. R. Civ. P. and District Court of Connecticut Local Rule 7(e), Attorney Dara S. Smith respectfully requests an order permitting her to be relieved as counsel for Plaintiff in the above-captioned case. In support of this request, Attorney Smith submits the following:

1. On July 16, 2019, Attorney Joshua Goodbaum of Garrison, Levin-Epstein, Fitzgerald & Pirrotti PC, filed a Complaint and entered an appearance in this case on behalf of Plaintiffs.

2. On July 17, 2019, Attorney Joseph Garrison of Garrison, Levin-Epstein, Fitzgerald & Pirrotti PC, filed a Complaint and entered an appearance in this case on behalf of Plaintiffs.

3. On July 26, 2019, Attorneys Elizabeth Aniskevich, Dara Smith, and Daniel Kohrman of AARP Foundation filed motions to appear pro hac vice in this case on behalf of Plaintiffs. The Court granted their motions on July 29, 2019.

4. On July 30, 2019, Attorney Dara Smith of AARP Foundation entered an appearance in this case on behalf of Plaintiffs.

5. On July 31, 2019, Attorney Daniel Kohrman of AARP Foundation entered an appearance in this case on behalf of Plaintiffs.

6. On July 31, 2019, Attorney Elizabeth Aniskevich of AARP Foundation entered an appearance in this case on behalf of Plaintiffs.

7. As of July 16, 2022, Attorney Smith will no longer be associated with AARP Foundation

8. Attorneys Goodbaum, Aniskevich, and Kohrman will continue to actively participate in this case and represent Plaintiff.

9. The undersigned's representation of Plaintiff was in the course of her employment with AARP Foundation, and Plaintiffs' retainer agreements ares with AARP Foundation and Garrison, Levin-Epstein, Fitzgerald & Pirrotti PC. Because both organizations continue to represent them, Plaintiffs will not be prejudiced by the undersigned's withdrawal.

WHEREFORE the undersigned respectfully requests that this Court grant the instant Motion and permit Attorney Smith to be relieved as counsel for Plaintiff.

THE PLAINTIFF,

By: /s/ *Dara S. Smith*
Dara S. Smith, *admitted pro hac vice*
AARP Foundation
601 E St. NW
Washington, DC 20049
202-434-6280

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 11th day of July, 2022, a copy of the foregoing **Motion to Withdraw** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ *Dara S. Smith*
                                                Dara S. Smith