UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>Defendant. | CIVIL ACTION NO.:<br><br>3:19-cv-01098 (KAD)<br><br>*CLASS ACTION* |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that on November 15, 2022, at 11:00 a.m. this matter will be heard in Courtroom 4 of the United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. Plaintiffs Lisa Kwesell, Christine Turecek, and Jason Schwartz, individually and on behalf of all others similarly situated, will, and hereby do, move this Court for an Order: (i) finally approving the proposed settlement of this proposed class action and (ii) granting, pursuant to Rule 23(a) and 23(b)(3), final certification of the Settlement Class conditionally certified in the Preliminary Approval Order (ECF No. 97).

This Motion is made on the grounds that the Settlement is the product of arms-length and good-faith negotiations, and is fair, reasonable, and adequate to the Class, and has received overwhelming support from Class Members. This Motion is based on the accompanying Memorandum of Law, the Declaration of Elizabeth A. Aniskevich and supporting exhibits, and

any oral or documentary evidence presented at the hearing on the Motion. Defendant, Yale University, does not oppose this motion.

Date: November 15, 2022                                        Respectfully Submitted,

/s/ *Elizabeth Aniskevich*
Elizabeth Aniskevich (*pro hac vice*)
Daniel B. Kohrman (*pro hac vice*)
AARP FOUNDATION
601 E Street, NW
Washington, DC 20049
Tel: (202) 434-6280
Fax: (202) 434-6424
eaniskevich@aarp.org
dkohrman@aarp.org

Joshua R. Goodbaum (ct28834)
GARRISON, LEVIN-EPSTEIN,
FITZGERALD, & PIRROTTI, P.C.
405 Orange Street
New Haven, CT 06511
Tel: (203) 777-4425
Fax: (203) 776-3965
jgoodbaum@garrisonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November 2022, a copy of the foregoing was electronically filed (and served by mail on anyone unable to accept electronic filing). Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's CM/ECF system.

*/s/ Elizabeth A. Aniskevich*
Elizabeth A. Aniskevich