UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ**, individually and on behalf all others similarly situated, | : : : : : | CIVIL ACTION NO.: 3:19-cv-01098 (KAD) |
| **Plaintiffs,** | : : | |
| v. | : : : | *CLASS ACTION* |
| **YALE UNIVERSITY,** | : : : | |
| **Defendant.** | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

PLEASE TAKE NOTICE that on November 22, 2022, at 11:00 a.m. this matter will be heard in Courtroom 4 of the United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. Plaintiffs Lisa Kwesell, Christine Turecek, and Jason Schwartz, individually and on behalf of all others similarly situated, will, and hereby do, move this Court for an Order: (1) awarding attorneys' fees and expenses of $200,000; (2) reimbursement of costs and expenses totaling $10,000; and (3) approval of Service Awards for the Class Representatives ($10,000 each for Lisa Kwesell and Christine Turecek, and $5,000 for Jason Schwartz) and the Named Individuals in the Amended Complaint ($1,000 for each Named Individual, totaling $1,000). Defendant Yale University does not oppose these requests, and no Class Member has objected to them.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Elizabeth A. Aniskevich and supporting exhibits, and any oral or documentary evidence presented at the hearing on the Motion.

Dated: November 15, 2022

        Respectfully Submitted,

        /s/ *Elizabeth Aniskevich*
        Elizabeth Aniskevich (*pro hac vice*)
        Daniel B. Kohrman (*pro hac vice*)
        AARP FOUNDATION
        601 E Street, NW
        Washington, DC 20049
        Tel: (202) 434-6280
        Fax: (202) 434-6424
        eaniskevich@aarp.org
        dkohrman@aarp.org

        Joshua R. Goodbaum (ct28834)
        GARRISON, LEVIN-EPSTEIN,
        FITZGERALD, & PIRROTTI, P.C.
        405 Orange Street
        New Haven, CT 06511
        Tel: (203) 777-4425
        Fax: (203) 776-3965
        jgoodbaum@garrisonlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November 2022, a copy of the foregoing was electronically filed (and served by mail on anyone unable to accept electronic filing). Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's CM/ECF system.

*/s/ Elizabeth A. Aniskevich*
Elizabeth A. Aniskevich