UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LISA KWESELL; CHRISTINE TURECEK; AND JASON SCHWARTZ**, | : : | **CIVIL ACTION NO.:** |
| individually and on behalf all others similarly situated, | : : : | 3:19-cv-01098 (KAD) |
| **Plaintiffs,** | : : | **ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |
| v. | : : | |
| **YALE UNIVERSITY** | : : | |
| November 22, 2022 | : : : | /s/ Kari A. Dooley |

The Court having considered Plaintiffs' Unopposed Motion for an Award or Attorneys' Fees, Costs, and Service Awards ("Motion") and the papers in support, hereby grants Plaintiffs' Motion and approves:

1. $200,000 in attorneys' fees;

2. $10,000 in reimbursement for costs and expenses;

3. Service Awards in the following amounts:

    a. $10,000 for Class Representative Lisa Kwesell;

    b. $10,000 for Class Representative Christine Turecek;

    c. $5,000 for Class Representative Jason Schwartz;

    d. $1,000 for each Named Individual in the Amended Complaint (totaling $15,000).

IT IS SO ORDERED

Dated: November __22__, 2022

/s/ Kari A. Dooley
_____
The Honorable Kari A. Dooley
United States District Judge